Filed 4/14/21

# IN THE SUPREME COURT OF CALIFORNIA

THE PEOPLE,

Plaintiff and Respondent,

v.

IRVING ALEXANDER RAMIREZ,

Defendant and Appellant.

S155160

Alameda County Superior Court
151080

---

## ORDER MODIFYING OPINION AND DENYING PETITION FOR REHEARING

THE COURT:

The opinion in this matter filed January 28, 2021, and appearing at 10 Cal.5th 983, is modified as follows:

In the first full paragraph on page 1018, the second to last sentence, beginning "But on the basis of," is modified to read:

> But on the basis of "our own experience and common sense" regarding the likely impact of this particular courtroom scene on the jury, we cannot say that the risk of undue influence here was unacceptably high.

This modification does not affect the judgment.

The petition for rehearing is denied.